# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

Eugene Nunnery,

    Petitioner

v.

William Gittere, et al.,

    Respondents

Case No.: 3:19-cv-00618-JAD-WGC

**Order Granting in Part Application to Proceed *In Forma Pauperis* and Appointing Counsel**

[ECF Nos 1, 4]

After a jury trial, petitioner Eugene Nunnery was found guilty of multiple charges and sentenced to death for a first-degree murder conviction.[1] He now petitions for a writ of habeas corpus.[2] I have reviewed his petition under Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts, and I find it worthy of service upon the respondents.

Nunnery also filed an application for leave to proceed *in forma pauperis*[3] and requests appointed counsel.[4] His financial certificate is incomplete, so I decline to waive the filing-fee requirement. It does appear, however, that Nunnery lacks the resources necessary to employ counsel for this capital habeas corpus action, so I grant him pauper status for all other purposes in this case, and I appoint counsel to represent him.

Accordingly, IT IS HEREBY ORDERED that Nunnery's application to proceed *in forma pauperis* **[ECF No. 1]** is **GRANTED in part and DENIED in part.** Nunnery is granted leave to

---

[1] *Nunnery v. State,* 263 P.3d 235, 241 (Nev. 2011).
[2] ECF No. 2.
[3] ECF No. 1.
[4] ECF No. 4.

proceed *in forma pauperis* in all respects other than payment of the filing fee, which has already been paid.

IT IS FURTHER ORDERED that Nunnery's motion for appointment of counsel **[ECF No. 4] is GRANTED**. The Federal Public Defender for the District of Nevada is appointed to represent Nunnery. The Federal Public Defender will have **until November 12, 2019,** to file either a notice of appearance as counsel or a notice indicating its inability to represent Nunnery in these proceedings.

The **Clerk of Court** is directed to **electronically SERVE a copy of this order on the Federal Public Defender** for the District of Nevada. The **Clerk of Court** is also directed to **ADD Aaron D. Ford**, Attorney General of the State of Nevada, as counsel for respondents.

Finally, the **Clerk of Court** is directed to **electronically SERVE** upon respondents **a copy of Nunnery's petition (ECF Nos. 2/3) and a copy of this order.** Respondents have **until November 12, 2019, to enter a notice of appearance**, but no further action in this case is required until the Court orders otherwise.

Dated: October 10, 2019

_____
U.S. District Judge Jennifer A. Dorsey