# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| Eugene Nunnery,<br><br>　　Petitioner<br><br>v.<br><br>William Gittere, et al.,<br><br>　　Respondents | Case No.: 3:19-cv-00618-JAD-WGC<br><br>**Order Denying Reconsideration of Acceptance of Conflict Waiver and Granting Extension of Time**<br><br>[ECF Nos. 10, 12] |

In this capital habeas corpus action, the court appointed the Federal Public Defender's Office for the District of Nevada (FPD) to represent the petitioner, Eugene Nunnery.[1] Following that appointment, the court accepted Nunnery's waiver of a potential conflict of interest identified by the FPD with respect to its representation of Nunnery.[2] Respondents have filed a motion for reconsideration requesting reconsideration of the court's acceptance of Nunnery's waiver,[3] which Nunnery opposes.[4]

Having considered the opposing points and authorities, I conclude that respondents do not show reconsideration is warranted. The FPD provided a detailed explanation of the possible conflicts and the measures it has taken (and will take) to prevent conflicts from impacting its representation.[5] Neither the FPD nor any individual assistant FPD was involved in Nunnery's state court proceedings. The only individuals employed by the FPD who worked directly on

---

[1] ECF No. 5.
[2] ECF No. 9.
[3] ECF No. 10.
[4] ECF No. 11.
[5] ECF Nos. 7, 8.

Nunnery's case in state court were investigators now employed in units of the FPD separate from the capital habeas unit.[6] Under these circumstances, I find that it is reasonable for the FPD to believe that it will be able to provide competent and diligent representation to Nunnery in this case.[7] I further conclude that Nunnery has been fully informed of the conflicts and has waived them.[8]

Nunnery also moves for an extension of time to file an amended petition.[9] The declaration of Nunnery's counsel includes factors establishing good cause for the delay and indicates that opposing counsel does not the request.[10] I will allow the extension but, in doing so, I make no assurances as to the timeliness of Nunnery's petition or any claim.

**IT IS THEREFORE ORDERED** that respondents' Motion for Reconsideration **[ECF No. 10] is DENIED.**

IT IS FURTHER ORDERED that petitioner's Motion for Extension of Time to File an Amended Petition **[ECF No. 12] is GRANTED. Petitioner has until and including September 17, 2020, the file his amended petition.** In all other respects, the court's scheduling order of November 19, 2019, (ECF No. 9) continues to govern these proceedings.

Dated: January 22, 2020

_____
U.S. District Judge Jennifer A. Dorsey

---

[6] ECF No. 7 at 3.

[7] *See* Nevada Rule of Professional Conduct 1.7(b).

[8] ECF No. 8.

[9] ECF No. 12.

[10] *Id*. at 3–10.