Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
Ellesse Henderson
Assistant Federal Public Defender
California Bar No. 302838
Ellesse_Henderson@fd.org
Megan Hopper-Rebegea
Assistant Federal Public Defender
New York Bar No. 5329453
Megan_Hopper-Rebegea@fd.org
David Anthony
Assistant Federal Public Defender
Nevada Bar No. 7978
David_Anthony@fd.org
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
(702) 388-5819 (fax)

Attorneys for Petitioner

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Eugene Nunnery,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>William Reubart, *et al.*,<br><br>　　　　　Respondents. | Case No. 3:19-cv-00618-JAD-CSD<br><br>**Stipulation and Order to Stay Federal Proceedings Pending Exhaustion of State Remedies**<br><br>DEATH PENALTY CASE<br><br>　　　　ECF No. 39 |

**STIPULATION**

Petitioner Eugene Nunnery, through counsel Ellesse Henderson, Assistant Federal Public Defender, and Respondent William Reubart, et al, through counsel Matthew S. Johnson, Deputy Attorney General, hereby stipulate as follows:

- On September 16, 2022, Mr. Nunnery filed a supplement to his habeas petition in the Eighth Judicial District Court of Nevada. On October 27, 2022, he filed an amended petition before this Court. All of the claims in the amended petition filed in federal court are raised in the supplemental state petition.

- The parties agree that the federal proceedings should be stayed pending the conclusion of the state exhaustion proceedings.

- The parties agree that the exhaustion proceeding includes any appeal to the Nevada Supreme Court following resolution of the petition in the state district court, and that the proceeding is concluded once remittitur issues from that appeal.

- The parties agree that Mr. Nunnery will file a status report regarding the progress of the exhaustion proceeding on December 15, 2022, and every six months thereafter until the exhaustion proceeding is concluded. Respondents may, if necessary, file and serve a response to any such status report within 15 days after its service. If necessary, Mr. Nunnery may then file a reply within 15 days of service of the response.

- The parties agree that Mr. Nunnery will file a motion to reopen the federal proceeding within thirty days of the conclusion of the state exhaustion proceedings.

- The parties agree that Respondents do not, by stipulating to the instant stay, waive any procedural defenses. By agreeing to this procedure, Respondents do not concede that Mr. Nunnery's post-exhaustion petition will be considered fully exhausted, timely, or free from procedural default.

Dated this 8th day of November, 2022.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | Aaron Ford<br>Nevada Attorney General |
| */s/ Ellesse Henderson*<br>Ellesse Henderson<br>Assistant Federal Public Defender | */s/ Matthew S. Johnson*<br>Matthew S. Johnson<br>Deputy Attorney General |

### ORDER

Based on the parties' stipulation [ECF No. 39] and good cause appearing, IT IS SO ORDERED. This action is STAYED pending exhaustion. The Clerk of Court is directed to **administratively close** this case.

_____
U.S. District Judge Jennifer A. Dorsey

Dated 11/9/22